Proceedings include all events. TERMED
3:87cv2110 Doe One, et al v. USA

TERMED

U.S. District Court
U.S. District Court for the District of Arizona (Prescott)

CIVIL DOCKET FOR CASE #: 87-CV-2110

Doe One, et al v. USA Filed: 12/21/87
Assigned to: Judge Earl H Carroll
Demand: $999,999,000 Nature of Suit: 360
Lead Docket: None Jurisdiction: US Defendant
Dkt# in other court: None

Cause: 28:2671 Federal Tort Claims Act

| Party | Attorney |
|---|---|
| JOHN DOE ONE, minor, by next friend & natural mother, Jane Doe (A)<br>pla | James P Cunningham, Esq<br>[COR LD NTC]<br>James P. Cunningham, P.C.<br>330 N 2nd Ave<br>Phoenix, AZ 85003<br>257-1750 |
| JOHN DOE TWO, minor, by next friend & natural mother, Jane Doe (A)<br>pla | James P Cunningham, Esq<br>(See above)<br>[COR LD NTC] |
| JOHN DOE THREE, minor, by next friend & natural mother, Jane Doe (B)<br>pla | James P Cunningham, Esq<br>(See above)<br>[COR LD NTC] |
| JOHN DOE FOUR, minor, by next friend & natural mother, Jane Doe (B)<br>pla | James P Cunningham, Esq<br>(See above)<br>[COR LD NTC] |
| JOHN DOE FIVE, minor, by next friend & natural mother, Jane Doe (C)<br>pla | James P Cunningham, Esq<br>(See above)<br>[COR LD NTC] |
| JOHN DOE SIX, minor, by next friend & natural mother, Jane Doe (C)<br>pla | James P Cunningham, Esq<br>(See above)<br>[COR LD NTC] |
| JOHN DOE SEVEN, minor, by next friend & natural mother, Jane Doe (D)<br>pla | James P Cunningham, Esq<br>(See above)<br>[COR LD NTC] |
| JOHN DOE EIGHT, minor, by next friend & natural mother, Jane | James P Cunningham, Esq<br>(See above) |

| Party | Attorney |
| --- | --- |
| Doe (E)<br>pla | [COR LD NTC] |
| JOHN DOE NINE, minor, by next friend & natural mother, Jane Doe (F)<br>pla | James P Cunningham, Esq<br>(See above)<br>[COR LD NTC] |
| JOHN DOE TEN, minor, by next friend & natural mother, Jane Doe (F)<br>pla | James P Cunningham, Esq<br>(See above)<br>[COR LD NTC] |
| JOHN DOE ELEVEN, minor, by next friend & natural father, John Doe (A)<br>pla | James P Cunningham, Esq<br>(See above)<br>[COR LD NTC] |
| JOHN DOE TWELVE, minor, by next friend & natural father, John Doe (A)<br>pla | James P Cunningham, Esq<br>(See above)<br>[COR LD NTC] |
| JOHN DOE THIRTEEN, minor, by next friend & natural father, John Doe (A)<br>pla | James P Cunningham, Esq<br>(See above)<br>[COR LD NTC] |
| JOHN DOE FOURTEEN, minor, by next friend & natural father, John Doe (B)<br>pla | James P Cunningham, Esq<br>(See above)<br>[COR LD NTC] |
| JOHN DOE FIFTEEN, minor, by next friend & natural father, John Doe (B)<br>pla | James P Cunningham, Esq<br>(See above)<br>[COR LD NTC] |
| JOHN DOE SIXTEEN, minor, by next friend & natural father, John Doe (B)<br>pla | James P Cunningham, Esq<br>(See above)<br>[COR LD NTC] |
| JOHN DOE SEVENTEEN, minor, by next friend & natural mother, Jane Doe (G)<br>pla | James P Cunningham, Esq<br>(See above)<br>[COR LD NTC] |
| JOHN DOE EIGHTEEN, minor by next friend & natural mother, Jane Doe (G)<br>pla | James P Cunningham, Esq<br>(See above)<br>[COR LD NTC] |
| JOHN DOE NINETEEN, minor by | James P Cunningham, Esq |

Proceedings include all events. TERMED
3:87cv2110 Doe One, et al v. USA

| Party | Attorney |
|---|---|
| next friend & natural mother, Jane Doe (H) pla | (See above) [COR LD NTC] |
| JOHN DOE TWENTY, minor, by next friend & natural father, John Doe (C) pla | James P Cunningham, Esq (See above) [COR LD NTC] |
| JOHN DOE TWENTY-ONE, minor by next friend & natural mother, Jane Doe (I) pla | James P Cunningham, Esq (See above) [COR LD NTC] |
| JOHN DOE TWENTY-TWO, minor, by next friend & natural mother, Jane Doe (I) pla | James P Cunningham, Esq (See above) [COR LD NTC] |
| JOHN DOE TWENTY-THREE, minor, by next friend & natural mother, Jane Doe (J) pla | James P Cunningham, Esq (See above) [COR LD NTC] |
| JOHN DOE TWENTY-FOUR, minor, by next friend & natural mother, Jane Doe (J) pla | James P Cunningham, Esq (See above) [COR LD NTC] |
| JOHN DOE TWENTY-FIVE, minor, by next friend & natural mother, Jane Doe (K) pla | James P Cunningham, Esq (See above) [COR LD NTC] |
| JOHN DOE TWENTY-SIX, minor, by next friend & natural father, John Doe (D) pla | James P Cunningham, Esq (See above) [COR LD NTC] |
| JOHN DOE TWENTY-SEVEN, minor, by next friend & natural father, John Doe (D) pla | James P Cunningham, Esq (See above) [COR LD NTC] |
| JOHN DOE TWENTY-EIGHT, minor, by next friend & natural mother, Jane Doe (L) pla | James P Cunningham, Esq (See above) [COR LD NTC] |
| JOHN DOE TWENTY-NINE, minor, by next friend & natural mother, Jane Doe (M) pla | James P Cunningham, Esq (See above) [COR LD NTC] |

Proceedings include all events. TERMED
3:87cv2110 Doe One, et al v. USA

| Party | Attorney |
|---|---|
| JOHN DOE THIRTY, minor, by next friend & natural mother, Jane Doe (N) pla | James P Cunningham, Esq (See above) [COR LD NTC] |
| JOHN DOE THIRTY-ONE, minor, by next friend & natural father, John Doe (E) pla | James P Cunningham, Esq (See above) [COR LD NTC] |
| JOHN DOE THIRTY-TWO, minor, by next friend & natural father, John Doe (E) pla | James P Cunningham, Esq (See above) [COR LD NTC] |
| DOE THIRTY-THREE, minor, by next friend & natural father, John Doe (E) pla | James P Cunningham, Esq (See above) [COR LD NTC] |
| JOHN DOE THIRTY-FOUR, minor, by next friend & natural father, John Doe (E) pla | James P Cunningham, Esq (See above) [COR LD NTC] |
| JOHN DOE THIRTY-FIVE, minor, by next friend & natural father, John Doe (F) pla | James P Cunningham, Esq (See above) [COR LD NTC] |
| JOHN DOE THIRTY-SIX, minor, by next friend & natural mother, Jane Doe (O) pla | James P Cunningham, Esq (See above) [COR LD NTC] |
| JOHN DOE THIRTY-SEVEN, minor, by next friend & natural father, John Doe (G) pla | James P Cunningham, Esq (See above) [COR LD NTC] |
| JOHN DOE THIRTY-EIGHT, minor, by next friend & natural father, John Doe (H) pla | James P Cunningham, Esq (See above) [COR LD NTC] |
| JOHN DOE THIRTY-NINE, minor, by next friend & natural father, John Doe (H) pla | James P Cunningham, Esq (See above) [COR LD NTC] |
| JOHN DOE FORTY, minor, by next friend & natural mother, Jane Doe (P) pla | James P Cunningham, Esq (See above) [COR LD NTC] |

Proceedings include all events. TERMED
3:87cv2110 Doe One, et al v. USA

| | |
|---|---|
| JOHN DOE FORTY-ONE, minor, by next friend & natural mother, Jane Doe (P)<br>pla | James P Cunningham, Esq<br>(See above)<br>[COR LD NTC] |
| v. | |
| UNITED STATES OF AMERICA<br>dft | Michael A Johns, Esq<br>[COR LD NTC]<br>U S Attorney's Office<br>230 N 1st Ave<br>Rm 4000<br>Phoenix, AZ 85025-0085<br>261-3011<br>FTS 261-3011<br><br>Ana Marie Martel, Esq<br>[term 03/09/89]<br>261-3907<br>[COR LD NTC]<br>U S Attorney's Office<br>230 N 1st Ave<br>Rm 4000<br>Phoenix, AZ 85025<br>514-7592 |

Proceedings include all events. TERMED
3:87cv2110 Doe One, et al v. USA

| Date | No. | Proceeding |
|---|---|---|
| 12/21/87 | 1 | Complaint filed (Jury Demand); summons issued (jh) [Entry date 12/30/87] [3:87cv2110] |
| 12/21/87 | 2 | Motion by plaintiffs for leave to plead that pltfs be designated as anonymous & designated with a pseudonym & to remain anonymous during pendency of litigation (jh) [Entry date 12/30/87] [3:87cv2110] |
| 12/21/87 | 3 | ORDER (EHC): granting pltfs' motion & allowing pltfs to proceed anonymously. Clerk shall file complaint designating the pltfs as anonymous. cc: All counsel (jh) [Entry date 12/30/87] [3:87cv2110] |
| 12/21/87 | 4 | Notice of service by plaintiffs of nonuniform interrogatories (jh) [Entry date 12/30/87] [3:87cv2110] |
| 12/21/87 | 5 | Notice of service by plaintiffs of request to produce (jh) [Entry date 12/30/87] [3:87cv2110] |
| 1/5/88 | 6 | Affidavit of service executed upon defendant USA on 12/23/87 (jh) [Entry date 01/08/88] [3:87cv2110] |
| 2/16/88 | 7 | Motion by defendant to extend time to answer or respond (to complaint) (jh) [3:87cv2110] |
| 2/16/88 | -- | LODGED: Order re motion to extend time to answer or respond (to complaint) [7-1] (jh) [3:87cv2110] |
| 2/16/88 | 8 | Motion by defendant to stay (action) (jh) [3:87cv2110] |
| 2/16/88 | 9 | Memorandum by defendant in support of motion to stay (action) [8-1] (jh) [3:87cv2110] |
| 2/16/88 | 10 | Deft's Notice of Hearing setting motion to stay (action) [8-1] for 10:00 am on 4/25/88 (jh) [3:87cv2110] |
| 3/1/88 | 11 | Motion by plaintiffs for leave to file amended complaint (w/copy of amended complaint) (jh) [Entry date 03/03/88] [3:87cv2110] |
| 3/2/88 | 12 | Motion by plaintiffs for expedited hearing re motion for leave to file amended complaint [11-1] (jh) [Entry date 03/03/88] [3:87cv2110] |
| 3/3/88 | 13 | ORDER (EHC): deft's time to answer/respond to complaint is extended till ten days after court rules on deft's Motion to stay. (cc: all counsel) (jh) [3:87cv2110] |
| 3/4/88 | 14 | ORDER (EHC): hearing on pltf's motion for leave to file amended complaint is expedited & set for hearing at 10:00 am on 4/18/88. (cc: all counsel) (jh) [3:87cv2110] |
| 3/8/88 | 15 | Pltfs' Notice of Hearing setting motion for leave to file amended complaint [11-1] for 10:00 am on 4/18/88 (jh) |

Proceedings include all events. TERMED
3:87cv2110 Doe One, et al v. USA

| Date | No. | Proceedings |
|---|---|---|
| | | [Entry date 03/09/88] [3:87cv2110] |
| 3/9/88 | 16 | Response by plaintiffs to motion to stay (action) [8-1] (jh) [3:87cv2110] |
| 3/21/88 | 17 | Reply by defendant to pltfs' opposition to motion to stay (action) [8-1] (jh) [Entry date 03/23/88] [3:87cv2110] |
| 3/23/88 | 18 | Response by defendant to motion for leave to file amended complaint [11-1] (jh) [Entry date 04/11/88] [3:87cv2110] |
| 3/30/88 | 19 | Reply by plaintiffs to response to motion for leave to file amended complaint [11-1] (jh) [Entry date 04/13/88] [3:87cv2110] |
| 4/14/88 | 20 | Motion by plaintiffs for leave to file supplemental authority in support of their response to deft's motion to stay action (jh) [Entry date 04/26/88] [3:87cv2110] |
| 4/18/88 | -- | M/E: Hrg re mtn for leave to file amended complaint [11-1]. Pres: James Cunningham for pltfs; Ana Marie Martel for deft. ORD motion granted & amended complaint may be filed. case management deadline 4/28/88--re amended complaint (Bridget Brittan, C/R) (jh) [Entry date 04/19/88] [3:87cv2110] |
| 4/18/88 | 21 | AMENDED COMPLAINT (Jury Demand) (jh) [Entry date 04/20/88] [3:87cv2110] |
| 4/25/88 | -- | M/E: Hrg re deft's motion to stay (action) [8-1]. Pres: James Cunningham for pltfs; Ana Maria Martel for deft. ORD that within 5 days, ptys meet re discovery schedule & file a joint stipulation in that regard. If no agreement reached, notice to that effect shall be filed. Motion is under advisement. (Bridget Brittan, C/R) (jh) [3:87cv2110] |
| 5/3/88 | 22 | Stipulation for limited discovery (jh) [Entry date 05/04/88] [3:87cv2110] |
| 5/6/88 | 23 | ORDER (EHC): except as hereby stipulated, all discovery of any kind & all motions, pleadings, responses & briefs shall not be filed &/or served in this matter until further order by this court. (cc: all counsel) (jh) [Entry date 05/09/88] [3:87cv2110] |
| 7/18/88 | 24 | Motion by plaintiff to set aside stay order (jh) [Entry date 07/22/88] [3:87cv2110] |
| 7/27/88 | 25 | Response by defendant to motion for a lift of this court's stay order [24-1] (jh) [Entry date 07/28/88] [3:87cv2110] |

Proceedings include all events. TERMED
3:87cv2110 Doe One, et al v. USA

| Date | No. | Entry |
|---|---|---|
| 10/11/88 | 26 | Motion by plaintiff to compel (to ans all interrogs/produce Mr. Goff for depo) (jh) [Entry date 10/27/88] [3:87cv2110] |
| 10/11/88 | 27 | Notice of Hearing setting motion to compel [26-1] for 10:00 am on 11/14/88. (Untimely hrg noted to crtrm deputy) (jh) [Entry date 10/27/88] [3:87cv2110] |
| 10/11/88 | 28 | Affidavit of James P. Cunningham (jh) [Entry date 10/27/88] [3:87cv2110] |
| 10/27/88 | 29 | USA's Response to motion to compel (to ans all interrogs/produce Mr. Goff for depo) [26-1] (jh) [Entry date 11/03/88] [3:87cv2110] |
| 11/2/88 | 31 | Stipulation (mtn to compel t/b vacated; ans t/b filed...) (jh) [Entry date 11/03/88] [3:87cv2110] |
| 11/2/88 | -- | LODGED: Order re stipulation [31-1] (jh) [Entry date 11/03/88] [3:87cv2110] |
| 11/2/88 | 32 | ANSWER by defendant to amended complaint [21-1] (jh) [Entry date 11/04/88] [3:87cv2110] |
| 11/3/88 | 30 | ORDER (EHC): granting pltf's mtn to set aside stay order, thereby vacating the court's 5/6/88 order staying proceedings herein. (cc: all counsel) (jh) [3:87cv2110] |
| 11/7/88 | 33 | ORDER (EHC): 1) motion to compel & response thereto withdrawn & hrg vacated; 2) deft ans cmplt w/in 10 days of stip; 3) deft ans interrogs w/in 10 days of stip; 4) deft provide pltfs' cnsl w/Mr. Goff's business addrss & place of emplymnt w/in 10 days of stip. [26-1] [29-1] (cc: all counsel) (jh) [3:87cv2110] |
| 11/14/88 | 34 | Notice of service by defendant of resp to non-uniform interrogs (jh) [Entry date 11/15/88] [3:87cv2110] |
| 11/15/88 | 35 | Notice by defendant of taking depo of Debbie Hood nee Debbie Jolley on the following date(s): 12/6/88 (jh) [Entry date 11/21/88] [3:87cv2110] |
| 12/13/88 | 36 | Notice of service by defendant USA of supplmntry responses to non-uniform interrogs (jh) [Entry date 12/21/88] [3:87cv2110] |
| 12/23/88 | 37 | ORDER re compliance w/LR 42c: Compliance w/LR 42c due NLT 3/21/89 (cc: all counsel.) (jh) [3:87cv2110] |
| 12/29/88 | 38 | Motion by defendant to compel discovery (re stipulate stmts) (jh) [Entry date 01/06/89] [3:87cv2110] |

Proceedings include all events. TERMED
3:87cv2110 Doe One, et al v. USA

| Date | No. | Entry |
|---|---|---|
| 12/29/88 | 39 | Notice of Hearing setting motion to compel discovery (re stipulated stmts) [38-1] for 10:00 am on 1/30/89. (Untimely hrg date ntd to Crtrm deputy) (jh) [Entry date 01/06/89] [3:87cv2110] |
| 1/3/89 | 40 | Notice of service by defendant of interrogs & requests to prod (jh) [Entry date 01/06/89] [3:87cv2110] |
| 1/5/89 | 41 | Response by plaintiff to motion to compel discovery (re stipulated stmts) [38-1] (jh) [Entry date 01/06/89] [3:87cv2110] |
| 1/6/89 | 42 | Amended Notice of service by defendant (of interrogatories) (jh) [Entry date 01/17/89] [3:87cv2110] |
| 1/19/89 | 43 | Reply by defendant in support of motion to compel discovery (re stipulated stmts) [38-1] (jh) [Entry date 01/25/89] [3:87cv2110] |
| 1/24/89 | 44 | Motion by plaintiffs for leave to depose incarcerated witness John H. Boone (jh) [Entry date 01/25/89] [3:87cv2110] |
| 1/24/89 | -- | LODGED: Order re motion for leave to depose incarcerated witness John H. Boone [44-1] (jh) [Entry date 01/25/89] [3:87cv2110] |
| 1/25/89 | 45 | Response by defendant to motion for leave to depose incarcerated witness John H. Boone [44-1] (jh) [Entry date 01/31/89] [3:87cv2110] |
| 1/30/89 | -- | M/E: Hrg re mtn to compel discovery [38-1]. James Cunningham; Ana Maria Martel. ORD mtn granted. Govt may file mtn for aty fees on mtn to compel. (Bridget Brittan, C/R) (jh) [Entry date 02/01/89] [3:87cv2110] |
| 1/31/89 | 46 | ORDER (EHC): granting pltfs' mtn for leave to depose incarcerated witness John H. Boone [44-1]; FUR directng Warden, FCI, Butner, NC to permit cnsl & crt rptr upn premises re depo & to produce inmate on such date subsequent to 4/15/89; FUR pltfs give ntc purs to R.30(b) FRCP & give cy to Warden, Boone, Mary Wisdom 30 dys prior; FUR directing clk of crt to send cys to Warden Hawks, Boone, Wisdom as well as cnsl of record. (cc: all counsel) (jh) [3:87cv2110] |
| 1/31/89 | 47 | ORDER (EHC): granting dft's motion to compel discovery [38-1] & pltfs to produce (as set forth herein) w/in 30 dys of this order; FUR dft can file applc for atty fees re mtn to compel; normal respnse/reply times shll apply. (cc: all counsel) (jh) [3:87cv2110] |
| 2/9/89 | 48 | Notice by plaintiff of taking depo of John H. Boone on the following date(s): 4/19/89 (jh) [Entry date 02/11/89] |

Proceedings include all events.    TERMED
3:87cv2110    Doe One, et al v. USA

| | | |
|---|---|---|
| | | [3:87cv2110] |
| 3/2/89 | 49 | Notice of service by plaintiffs of statements re pltfs purs to crt order (jh) [Entry date 03/14/89] [3:87cv2110] |
| 3/9/89 | 50 | Attorney appearance for defendant by Michael A. Johns (jh) [Entry date 03/14/89] [3:87cv2110] |
| 3/20/89 | 51 | ORDER (EHC): purs to stip of ptys, ORD consolidating CIV-88-1609-PHX-EHC w/this case for purpose of pretrial discovery only; FUR depo of John Boone purs to order entrd in CIV-87-2110 s/b tkn as set on 4/19/89 in both actns. (cc: all counsel/cy plcd in CIV-88-1609) (jh) [3:87cv2110] |
| 3/20/89 | -- | M/E: Counsel advised of case consolidation & procedures for filing pleadings. cc: All counsel (jh) [3:87cv2110] |
| 3/20/89 | 52 | Stipulation for consolidation of pretrial discovery [51-2] (jh) [Entry date 03/21/89] [3:87cv2110] |
| 3/27/89 | -- | M/E: Hrg re mtn to compel discovery [20-1] (CIV-88-1609) ORD ptys meet & attmpt to resolve diffrncs. Ptys shll by 3/31/89 file supplmntl rprt of any mattrs not resolvd by their discussn. FUR matter cont'd to 4/3/89 @ 9:30. (Bridget Brittan, C/R) (jh) [Entry date 03/28/89] [2:88cv1609 3:87cv2110] |
| 3/28/89 | 53 | Motion by plaintiffs to extend time within wch to comply w/LR 42c (Note: form of order forthcoming) (jh) [Entry date 03/30/89] [3:87cv2110] |
| 3/30/89 | 54 | Response by defendant to motion to extend time within wch to comply w/LR 42c [53-1] (jh) [Entry date 04/03/89] [3:87cv2110] |
| 3/30/89 | -- | LODGED: Order re motion to extend time within wch to comply w/LR 42c [53-1] (jh) [Entry date 04/03/89] [3:87cv2110] |
| 3/31/89 | 55 | Supplemental memoranda by plaintiffs (jh) [Entry date 04/04/89] [3:87cv2110] |
| 3/31/89 | 55 | Motion by plaintiff to compel (jh) [Entry date 04/04/89] [3:87cv2110] |
| 4/3/89 | -- | M/E: hrg re mtn to compel [55-1]. ORD mtn granted in part & denied in part. (Bridget Brittan, C/R) (jh) [Entry date 04/05/89] [2:88cv1609 3:87cv2110] |
| 4/4/89 | 56 | Motion by plaintiff authorizing admission to prison facility (jh) [3:87cv2110] |

Proceedings include all events. TERMED
3:87cv2110 Doe One, et al v. USA

| Date | No. | Entry |
|---|---|---|
| 4/4/89 | -- | LODGED: Order re motion authorizing admission to prison facility [56-1] (jh) [3:87cv2110] |
| 4/4/89 | 57 | ORDER (EHC): setting proposed pretrial order (42c) NLT 9/21/89; FUR setting discovery deadline 30 dys (8/21/89) prior to R.42c compliance date. (cc: all counsel) (jh) [3:87cv2110] |
| 4/5/89 | 58 | Motion by defendant to continue court-ordered depo (of John W. Boone) (jh) [Entry date 04/06/89] [3:87cv2110] |
| 4/5/89 | -- | LODGED: Order re motion to continue court-ordered depo (of John W. Boone) [58-1] (jh) [Entry date 04/06/89] [3:87cv2110] |
| 4/5/89 | 59 | Motion by defendant for expedited briefing & argument (re mtn to cont crt-ord depo) (jh) [Entry date 04/06/89] [3:87cv2110] |
| 4/5/89 | -- | LODGED: Order re motion for expedited briefing & argument (re mtn to cont crt-ord depo) [59-1] (jh) [Entry date 04/06/89] [3:87cv2110] |
| 4/5/89 | 60 | Motion by defendant to dismiss (for lack of jurisdiction) (jh) [Entry date 04/06/89] [3:87cv2110] |
| 4/5/89 | 61 | Memorandum by defendant in support of motion to dismiss (for lack of jurisdiction) [60-1] (jh) [Entry date 04/06/89] [3:87cv2110] |
| 4/5/89 | 62 | Notice of Hearing setting motion to dismiss (for lack of jurisdiction) [60-1] for 10:00 am on 6/19/89 (jh) [Entry date 04/06/89] [3:87cv2110] |
| 4/6/89 | 63 | ORDER (EHC): directng Warden, FCI, Butner, NC to permit pltfs' cnsl in CIV-88-1609 (Edward D. Fitzhugh) & pltfs' cnsl in CIV-87-2110 (James P. Cunningham) & crt rptr to come upn premises of abv FCI for purpose of depo of inmate John W. Boone currntly set for 4/19/89 @ 10am. FUR ORD directng clk of crt to send cys of ord to Warden Katherine Hawks, FCI, Butner, NC & John W. Boone, Inmate. cc: All counsel/Warden Hawks/Inmate Boone (NOTE: grants mtn #56) (jh) [3:87cv2110] |
| 4/7/89 | 64 | ORDER (EHC): granting mtn [59-1] & pltfs shll file their oppsn to dft's mtn to cont crt-ord depo [58-1] by 4/7/89 & mtn s/b hrd w/o reply on 4/10/89 @ 9am. (cc: all counsel) (jh) [3:87cv2110] |
| 4/7/89 | 65 | Response by plaintiffs (CIV-88-1609) to motion to continue court-ordered depo (of John W. Boone) [58-1] (jh) [Entry date 04/10/89] [Edit date 04/10/89] [3:87cv2110] |

Proceedings include all events. TERMED
3:87cv2110 Doe One, et al v. USA

| Date | No. | Proceedings |
|---|---|---|
| 4/7/89 | 66 | Response & Memo in oppsn by plaintiffs (CIV-87-2110) to motion to continue court-ordered depo (of John H. Boone) [58-1] (jh) [Entry date 04/10/89] [Edit date 04/1 /89] [3:87cv2110] |
| 4/7/89 | 67 | Notice of service by plaintiff in 3:87-cv-02110 of ans to interrogs (jh) [Entry date 04/10/89] [3:87cv2110] |
| 4/10/89 | 68 | Response by plaintiffs (CIV-88-1609) to motion to continue court-ordered depo (of John H. Boone) [58-1] (NOTE: duplicate of respnse fld 4/7/89 (Doc #65) fld by pltfs) (jh) [3:87cv2110] |
| 4/10/89 | -- | M/E: Hrg re motion to continue court-ordered depo (of John H. Boone) [58-1]. ORD mtn denied & depo will proceed as scheduled. (Bridget Brittan, C/R) (jh) [Entry date 04/11/89] [3:87cv2110] |
| 4/14/89 | 69 | Notice of service by plaintiffs of discovery papers (jh) [Entry date 04/17/89] [3:87cv2110] |
| 4/24/89 | 70 | Notice of service by plaintiffs of answrs to interrogs (jh) [3:87cv2110] |
| 5/3/89 | 71 | Stipulation (to cont respnse to mtn to dismiss) (Form of order frthcoming) (jh) [Entry date 05/05/89] [Edit date 05/05/89] [3:87cv2110] |
| 5/9/89 | 72 | ORDER (EHC): grntng stip [71-1] that pltfs respnd to motion to dismiss (for lack of jurisdiction) [60-1] by 5/15/89. cc: All counsel (jh) [3:87cv2110] |
| 5/15/89 | 73 | Response by plaintiffs to motion to dismiss (for lack of jurisdiction) [60-1] (jh) [Entry date 05/16/89] [3:87cv2110] |
| 5/16/89 | 74 | Response by plaintiffs to motion to dismiss (for lack of jurisdiction) [60-1] (pat) [Entry date 05/22/89] [3:87cv2110] |
| 5/30/89 | 75 | Reply by defendant to two separate responses to motion to dismiss (for lack of jurisdiction) [60-1] (jh) [Entry date 06/01/89] [3:87cv2110] |
| 6/9/89 | 76 | Uncontested Motion by defendant in 3:87-cv-02110 to vacate hrg (set for 6/19/89) (jh) [Entry date 06/12/89] [3:87cv2110] |
| 6/9/89 | -- | LODGED: Order re motion to vacate hrg (set for 6/19/89) [76-1] (jh) [Entry date 06/12/89] [3:87cv2110] |
| 6/15/89 | 77 | ORDER (CLH for EHC): grntng mtn [76-1] that hearing re mtn to dismiss [60-1] is vacated; FUR ptys may reschd hrg upn nto to crt. (cc: all counsel) (jh) [3:87cv2110] |

Proceedings include all events. TERMED
3:87ov2110 Doe One, et al v. USA

| Date | No. | Entry |
|---|---|---|
| 8/10/89 | 78 | Notioe by plaintiff in 3:87-ov-02110 of taking depo of Gary H. Butler on the following date(s): 8/16/89 (jh) [Entry date 08/11/89] [3:87ov2110] |
| 8/14/89 | [illegible] | Motion by plaintiffs to bifuroate liability trial from damage trial (jh) [Entry date 08/15/89] [3:87ov2110] |
| 8/14/89 | -- | LODGED: Order re motion to bifuroate liability trial from damage trial [79-1] (jh) [Entry date 08/15/89] [3:87ov2110] |
| 8/14/89 | 80 | Motion by plaintiffs to oon time w/in woh to oomply w/LR 42o (jh) [Entry date 08/15/89] [3:87ov2110] |
| 8/14/89 | -- | LODGED: Order re motion to oon time w/in woh to oomply w/LR 42o [80-1] (jh) [Entry date 08/15/89] [3:87ov2110] |
| 8/16/89 | 81 | Notioe by plaintiff in 3:87-ov-02110 of taking depo of Gary H. Butler on the following date(s): 8/21/89 (jh) [3:87ov2110] |
| 8/16/89 | 82 | Notioe by plaintiffs of taking depo of Lt. Larry Baldwin on the following date(s): 9/6/89 (jh) [Entry date 08/18/89] [3:87ov2110] |
| 8/18/89 | 83 | ORDER (EHC): grntng mtn [79-1] that trial of CIV-87-2110 is bifuroated, the liability issues/dmg issues to be tried separately. oo: All oounsel (jh) [3:87ov2110] |
| 8/31/89 | 84 | Joinder by plas' in motion to ext time w/in woh to oomply w/LR 42o [80-1] & mtn to bifuroate (rk) [Entry date 09/05/89] [3:87ov2110] |
| 9/5/89 | 85 | ORDER by Judge Earl H. Carroll granting motion to ext time w/in woh to oomply w/LR 42o [80-1] , resetting proposed pretrial order (42o) 1/21/90, (oo: all oounsel) (rk) [3:87ov2110] |
| 9/26/89 | 86 | Notioe by plaintiff in 3:87-ov-02110 of taking depo of Jaok Sohmidt on the following date(s): 10/18/89 (jh) [Entry date 10/03/89] [3:87ov2110] |
| 9/26/89 | 87 | Notioe by plaintiff in 3:87-ov-02110 of taking depo of Ivan Sidney on the following date(s): 10/18/89 (jh) [Entry date 10/03/89] [3:87ov2110] |
| 9/26/89 | 88 | Notioe by plaintiff in 3:87-ov-02110 of taking depo of Delford Leslie on the following date(s): 10/18/89 (jh) [Entry date 10/03/89] [3:87ov2110] |
| 9/26/89 | 89 | Notioe by plaintiff in 3:87-ov-02110 of taking depo of Roseanne Preston on the following date(s): 10/19/89 (jh) [Entry date 10/03/89] [3:87ov2110] |

Proceedings include all events. TERMED
3:87cv2110 Doe One, et al v. USA

| | | |
|---|---|---|
| 9/26/89 | 90 | Notice by plaintiff in 3:87-cv-02110 of taking depo of Eva Lomakema on the following date(s): 10/19/89 (jh) [Entry date 10/03/89] [3:87cv2110] |
| 9/26/89 | 91 | Notice by plaintiff in 3:87-cv-02110 of taking depo of Lillian Ovah on the following date(s): 10/13/89 (jh) [Entry date 10/03/89] [3:87cv2110] |
| 9/26/89 | 92 | Notice by plaintiff in 3:87-cv-02110 of taking depo of Pat Sahmea on the following date(s): 10/19/89 (jh) [Entry date 10/03/89] [3:87cv2110] |
| 9/26/89 | 93 | Notice by plaintiff in 3:87-cv-02110 of taking depo of Claudina Susunkeva on the following date(s): 10/19/89 (jh) [Entry date 10/03/89] [3:87cv2110] |
| 9/26/89 | 94 | Notice by plaintiff in 3:87-cv-02110 of taking depo of James Burgess on the following date(s): 10/17/89 (jh) [Entry date 10/03/89] [3:87cv2110] |
| 9/26/89 | 95 | Notice by plaintiff in 3:87-cv-02110 of taking depo of Alfonso Sakeva on the following date(s): 10/19/89 (jh) [Entry date 10/03/89] [3:87cv2110] |
| 10/26/89 | 96 | Notice by plaintiff in 3:87-cv-02110 of taking depo of John Schafer on the following date(s): 11/28/89. (ce) [Entry date 10/27/89] [3:87cv2110] |
| 10/26/89 | 97 | Notice by plaintiff in 3:87-cv-02110 of taking depo of Manuel Mora on the following date(s): 11/28/89 (ce) [Entry date 10/27/89] [3:87cv2110] |
| 10/26/89 | 98 | Notice by plaintiff in 3:87-cv-02110 of taking depo of William Tonkin on the following date(s): 11/28/89 (ce) [Entry date 10/27/89] [3:87cv2110] |
| 10/26/89 | 99 | Notice by plaintiffs 3:87-cv-02110 of taking depo of Jan Emmerich on the following date(s): 11/28/89 (ce) [Entry date 10/27/89] [3:87cv2110] |
| 11/9/89 | 100 | Stipulation for consolidation of actns (89-1447-PHX-EHC for dscvry purposes). (sd) [Entry date 11/13/89] [3:87cv2110] |
| 11/9/89 | -- | LODGED: Order re stipulation [100-1] (sd) [Entry date 11/13/89] [3:87cv2110] |
| 11/14/89 | 101 | Motion by plaintiff for settlement conference (jh) [Entry date 11/15/89] [3:87cv2110] |
| 11/14/89 | -- | LODGED: Order re motion for settlement conference [101-1] (jh) [Entry date 11/15/89] [3:87cv2110] |

Proceedings include all events. TERMED
3:87cv2110 Doe One, et al v. USA

11/16/89 102 Response by defendant in 3:87-cv-02110 to motion for settlement conference [101-1] (sd) [Entry date 11/20/89] [3:87cv2110]

11/21/89 106 Response by plaintiff to request for settlement conference [101-1] (jh) [Entry date 12/04/89] [3:87cv2110]

11/22/89 103 ORDER by Judge Earl H. Carroll granting stipulation [100-1] consolidating CIV-89-1447-PHX-EHC for purposes of discovery & trial. FUR all prev ordrs re discvry & trial includng bifurcation trl applicable to CIV-89-1447 (cc: all counsel) (Cy placed in CIV-89-1447) (jh) [Edit date 11/22/89] [3:87cv2110]

11/22/89 104 ORDER by Judge Earl H. Carroll granting request for settlement conference [101-1]. settlement conference set 1:30 12/14/89 b/4 Magistrate Sitver; FUR ptys (comply as set frth herein) cc: All cnsl (jh) [3:87cv2110]

11/22/89 105 ORDER by Magistrate Morton Sitver settlement conference set 1:30 12/14/89; 5 dys prior ptys lodge DIRECTLY w/magistrate settlmnt cnf stmt. (See doc for details) cc: All cnsl (jh) [3:87cv2110]

11/22/89 107 Notice by plaintiff in 3:87-cv-02110 of taking depo of Thomas Goff on the following date(s): 11/28/89 (jh) [Entry date 12/04/89] [3:87cv2110]

12/8/89 108 Stipulation to continue settlement conference (set 12/14/89) (jh) [Entry date 12/12/89] [3:87cv2110]

12/12/89 109 ORDER by Magistrate Morton Sitver granting stipulation [108-1] continuing settlmnt cnf (in CIV-88-1609 & 89-1907 [no date set frth]). Scheduled settlmnt cnf in CIV-87-2110 w/b hrd on set date of 12/14/89 @ 1:30. cc: All cnsl (jh) [3:87cv2110]

12/12/89 110 Notice by plaintiff in 3:87-cv-02110 of hearing settng settlmnt cnf 10:30 1/2/90 betwn pltfs & Does I thru XIX b/4 MS (jh) [Entry date 12/22/89] [3:87cv2110]

12/14/89 -- CLERK'S MINUTES settlement conference contd to 12/20/89 @ 2pm (cc: all counsel) (jh) [Entry date 01/05/90] [3:87cv2110]

12/20/89 -- CLERK'S MINUTES (MS): settlmnt cnf held; settlmnt negotiatns continuing; fur nto may be ntcd by ptys (cc: all counsel) (jh) [Entry date 01/05/90] [3:87cv2110]

12/2[illegible] 111 STIPULATION to extend ti to answer (jh) [Entry date 01/05/90] [3:87cv2110]

12/28/89 112 STIPULATION to cont settlmnt cnf (b/4 MS on 1/2/90) (jh) [Entry date 01/05/90] [3:87cv2110]

| Date | No. | Entry |
|---|---|---|
| 1/3/90 | 115 | STIPULATION (parties have settled; Mike Johns to sbmt the stlmt proposal in next 30 days; dte of 1/21/90 to cmply w/LR 42(c) be vacated & that all dsovry & all procedural mtrs in this consol actn be stayed 'til further order of the crt). (sd) [Entry date 01/16/90] [3:87cv2110] |
| 1/8/90 | 113 | ORDER by Judge Earl H. Carroll granting stipulation & that the US shall respond to the cmp on or b/4 2/28/90 in CIV 89-1447-PHX-EHC. (cc: all counsel) (sd) [3:87cv2110] |
| 1/8/90 | 114 | ORDER by Judge Earl H. Carroll Granting stip (#116 filed 1/22/90). Case stayed as to all procedural matters & dsovry proceedings. FUR that the dte of 1/21/90 which is the dte for cnsl to cmply w/Rule 42(c) is vacated 'til fur order of the crt. (cc: all counsel) (sd) [Edit date 01/27/90] [3:87cv2110] |
| 1/22/90 | 116 | STIPULATION (that Fitzhugh, pltfs atty in 88-1609 & Michael Johns, atty for dft in 89-1907 hv reached a tent stlmt subj to DOJ approval & resolution; all details of stlmt of other 2 consol actns h/b worked out & the matters sent to the DOJ for review. Parties in other 2 consol cases prev stip'd to a stay of fur procdgs pending stlmt & the crt entered its order staying those 2 cases on 1/8/89; on or about 11/27/89 a stip was filed to consol 89-1907 w/the other 3 cases, but no ordr h/b recvd (cy attchd - no cy attached); the undersigned req entery of the order lodged h-wth consolidating 89-1907 & staying the actn pending resolution of the proposed stlmt or fur order of the Crt). (sd) [Entry date 01/27/90] [3:87cv2110] |
| 1/31/90 | 117 | ORDER by Judge Earl H. Carroll granting stipulation Case consolidated 3:87-cv-2110 with member cases 3:89-cv-1907 (cc: all counsel) (sd) [3:87cv2110] |
| 4/9/90 | -- | CLERK'S MINUTES Judge Inits: EHC, Crt Rptr: B. Brittan. Settlement Orders. Stlmt dscussed. Crt signs stlmt orders. ORDERED that any settlement orders specifically identifying any of the victims is sealed pending fur order of the crt. (Stlmt Conf Stmt & Stlmt Agreement & Release t/b sealed.) (ORIGINAL M/E FILED IN 3:87-2110-PCT-EHC; CY FILED IN 89-1447) (sd) [Edit date 04/09/90] [2:89cv1447 3:87cv2110] |
| 4/9/90 | 118 | STIPULATION (the order approving stlmt & compromise, which h/b approved as to form by both cnsl, m/b entered by crt frthwth in 88-1609-PCT-EHC & 89-1907-PCT-EHC). (sd) [3:87cv2110] |
| 4/9/90 | 119 | STIPULATION (that the order approving stlmt & compromise, which h/b approved as to form by both cnsl, m/b entered by the crt frthwth). (sd) [3:87cv2110] |

Proceedings include all events. TERMED
3:87cv2110 Doe One, et al v. USA

| Date | No. | Proceedings |
|---|---|---|
| 4/9/90 | 120 | ORDER APPROVING STLMT & COMPROMISE (EHC): Purs to stips, the following order is entered in the consol cases of 88-1609 & 89-1907. 1) A cy of the executed stlmt agrmt w/appendices s/b sealed & filed w/Clrk in this actn & shall not be opened w/o fur order/crt. A cy of the trust agrmt s/b sealed. (See doc for details.) FUR dft shall pay to Security Pacific Bank $1,615,000 to fund a therapeutic revrsnry trust ... prncpl pd by dft represents a pres funding of $85M for ea pltf designated herein. These funds m/b commingled w/trust funds pd in connection w/order in 87-2110 & 89-1447. (See doc for details.) FUR the parties by mutual consnt may revise the wording of the trust agreement & other docs intended to implement the stlmt w/o fur approval of Crt, unless substntv rights w/b affected. cc: All Cnsl (sd) [2:88cv1609 3:87cv2110 3:89cv1907] |
| 4/9/90 | 121 | ORDER by Judge Earl H. Carroll: That the funds t/b disbursed by the GAO & Treasury Dept of the US in the sum of $4,680,265 s/b pd to Capital Assignment Corp. (cc: all counsel/Financial Dpty) (sd) [3:87cv2110] |
| 4/9/90 | 122 | SETTLEMENT Memo of cnsl James P. Cunningham. (sd) [3:87cv2110] |
| 4/9/90 | 123 | ORDER APPROVING SETTLEMENT & COMPROMISE (EHC): (See 76-page order for details.) (CD checking if this closes cases, if so, cnsl to sbmt jgms). cc: All Cnsl (sd) [3:87cv2110] |
| 4/9/90 | 124 | Cy of Settlement Agreement & Release (filed under seal & placed in vault). (sd) [3:87cv2110] |
| 4/9/90 | 125 | Trust Agreement (filed under seal & placed in vault). (sd) [3:87cv2110] |
| 4/9/90 | 126 | Settlement Agreement & Release (different from #124) (filed under seal & placed in vault). (sd) [3:87cv2110] |
| 4/9/90 | 127 | Pltfs' settlement conf stmt (filed under seal & placed in vault). (sd) [3:87cv2110] |
| 4/17/90 | 128 | JUDGMENT: Purs to stip filed on 4/9/90 (in this case), jgm is entered in fvr of pltf & agnst dft. Actn is hrby dsmsd. terminating case (cc: all counsel) (THIS JGM HAS ENTERED IN THIS LEAD CASE & INDIVIDUALLY IN ALL MBR CASES PER CD.). (sd) [3:87cv2110] |
| 5/4/90 | 129 | SETTLEMENT AGREEMENTS OF JOHN DOES 1-13 (filed under seal). (sd) [Entry date 05/07/90] [3:87cv2110] |
| 5/4/90 | 130 | SETTLEMENT AGREEMENTS OF JOHN DOES 29, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41 and John Doe (filed under seal). (sd) [Entry date 05/07/90] [Edit date 05/07/90] [3:87cv2110] |

Proceedings include all events. TERMED
3:87cv2110 Doe One, et al v. USA

5/4/90 131 SETTLEMENT AGREEMENTS OF JOHN DOES 14, 15, 16, 19, 20, 21, 22, 23, 24, 25, 26, 27, & 28 (filed under seal). (sd) [Entry date 05/07/90] [3:87cv2110]

[END OF DOCKET: 3:87cv2110]

D^K^T^R^P^T 3:87cv2110 2/04/93 USDC, District of Arizona